**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-6023

MIKE S. SCOTT,

Plaintiff – Appellant,

v.

GARY D. MAYNARD; J. MICHAEL STOUFFER; MR. MILLER; MR. DURST; MR. ROWLEY; MR. SHEARING; MR. GRAHAM; H. THOMAS; DR. HOLWAGER,

Defendants – Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.  (8:07-cv-03080-AW)

Submitted:  October 20, 2009      Decided:  October 23, 2009

Before TRAXLER, Chief Judge, NIEMEYER, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Mike S. Scott, Appellant Pro Se.  Stephanie Judith Lane-Weber, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mike S. Scott appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Scott v. Maynard, No. 8:07-cv-03080-AW (D. Md. Dec. 9, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED